AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| VIALLE GROUP, B.V.<br><br>*Plaintiff(s)*<br>v.<br>GREEN WING GROUP, INC. and<br>SEAN P. BARRETT<br><br>*Defendant(s)* | Civil Action No.<br>16-cv-14207-RLR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sean P. Barrett
c/o Green Wing Group, Inc.
3130 SE Gran Park Way
Stuart, Florida 34997

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian D. Hancock, Esquire
Taylor, Warren & Weidner, P.A.
1823 N. 9th Ave.
Pensacola, FL 32503
T: (850) 438-4899 / F: (850) 438-4044
bhancock@twwlawfirm.com / kfritchey@twwlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 6/10/2016



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Landys Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| VIALLE GROUP, B.V. <br><br> *Plaintiff(s)* <br><br> v. <br><br> GREEN WING GROUP, INC. and SEAN P. BARRETT <br><br> *Defendant(s)* | Civil Action No. <br><br> 16-cv-14207-RLR |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Green Wing Group, Inc.
By and through its Registered Agent
Raymond G. Robison
3473 SE Willoughby Boulevard
Stuart, FL 34994

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian D. Hancock, Esquire
Taylor, Warren & Weidner, P.A.
1823 N. 9th Ave.
Pensacola, FL 32503
T: (850) 438-4899 / F: (850) 438-4044
bhancock@twwlawfirm.com / kfritchey@twwlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date:  6/10/2016

Steven M. Larimore
Clerk of Court

SUMMONS

*s/ Landys Rodriguez*
Deputy Clerk
U.S. District Courts