AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Southern District of Florida___ on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>16-cv-14207-RLR | DATE FILED<br>6/10/2016 | U.S. DISTRICT COURT<br>Southern District of Florida |
|---|---|---|
| PLAINTIFF<br>Vialle Group, B.V. | | DEFENDANT<br>Green Wing Group, Inc. et al |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  See Attachment | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK<br>Steven M. Larimore | (BY) DEPUTY CLERK<br>s/ Landys Rodriguez | DATE<br>6/10/2016 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

# United States of America
## United States Patent and Trademark Office

# VIALLE

**Reg. No. 3,712,143**
Registered Nov. 17, 2009

**Int. Cls.: 7 and 12**

**TRADEMARK**
**PRINCIPAL REGISTER**

VIALLE ALTERNATIVE FUEL SYSTEMS B.V. (NETHERLANDS BESLOTEN VENNOOTSCHAP: PRIVATE COMPANY, LIMITED BY SHARES)
LEEMKUIL 7
NL-5626 EA EINDHOVEN
NETHERLANDS

FOR: EQUIPMENT AND PARTS FOR VEHICLE ENGINES AND LPG TANKS FOR CARS, TRUCKS, BUSES, MOTORCYCLES, BOATS, NAMELY, FUEL PUMPS FOR LAND VEHICLES, CONTROL PUMP VALVES, ENGINE CYLINDERS FOR VEHICLES, MACHINE PARTS, NAMELY, FASTENERS, REGULATORS BEING PARTS OF MACHINES, BEARING BRACKETS FOR MACHINES, COMBUSTION ENGINE FUEL NOZZLE, FUEL INJECTORS, SPARK PLUGS, AND VEHICLE VALVES, NAMELY, POWER VALVES FOR CARBURETORS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FOR: VEHICLE PARTS AND ACCESSORIES, NAMELY, LPG (LIQUEFIED PETROLEUM GAS) TANKS AND FUEL LINES FOR LAND VEHICLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

OWNER OF INTERNATIONAL REGISTRATION 0668311 DATED 12-20-1996, EXPIRES 12-20-2016.

SER. NO. 79-044,665, FILED 8-16-2007.

KATHERINE STOIDES, EXAMINING ATTORNEY



*David J. Kappos*
Director of the United States Patent and Trademark Office

**EXHIBIT A**

# United States of America
### United States Patent and Trademark Office



**Reg. No. 3,699,025**
Registered Oct. 20, 2009

**Int. Cls.: 7 and 12**

**TRADEMARK**
**PRINCIPAL REGISTER**

VIALLE ALTERNATIVE FUEL SYSTEMS B.V. (NETHERLANDS BESLOTEN VENNOOTSCHAP: PRIVATE COMPANY, LIMITED BY SHARES)
LEEMKUIL 7
NL-5626 EA EINDHOVEN
NETHERLANDS

FOR: EQUIPMENT AND PARTS FOR VEHICLE ENGINES AND LPG TANKS FOR CARS, TRUCKS, BUSES, MOTORCYCLES, BOATS, NAMELY, FUEL PUMPS FOR LAND VEHICLES, CONTROL PUMP VALVES, ENGINE CYLINDERS FOR VEHICLES; MACHINE PARTS, NAMELY, FASTENERS, REGULATORS BEING PARTS OF MACHINES, BEARING BRACKETS FOR MACHINES, COMBUSTION ENGINE FUEL NOZZLE, FUEL INJECTORS, SPARK PLUGS, AND VEHICLE VALVES, NAMELY, POWER VALVES FOR CARBURETORS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FOR: VEHICLE PARTS AND ACCESSORIES, NAMELY, LPG (LIQUEFIED PETROLEUM GAS) TANKS AND FUEL LINES FOR LAND VEHICLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

OWNER OF INTERNATIONAL REGISTRATION 0753051 DATED 2-1-2001, EXPIRES 2-1-2011.

SER. NO. 79-044,420, FILED 8-16-2007.

KATHERINE STOIDES, EXAMINING ATTORNEY



David J. Kappos
Director of the United States Patent and Trademark Office

**EXHIBIT B**