UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

VIALLE GROUP, B.V.,

       Plaintiff,

vs.

GREEN WING GROUP, INC. and
SEAN P. BARRETT,

       Defendants.
_____/

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the Plaintiff, Vialle Group, B.V., hereby discloses that it has no parent corporation nor is there a publicly held corporation that owns 10% or more of its stock.

       /s/ *Brian D. Hancock*
       Brian D. Hancock (Fla. Bar No. 107341)
       bhancock@twwlawfirm.com
       TAYLOR, WARREN & WEIDNER, P.A.
       1823 N. 9th Avenue
       Pensacola, FL 32503
       Telephone: (850) 438-4899
       Facsimile: (850) 438-4044
       Attorneys for Plaintiff Vialle Group, B.V.