UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-14207-CIV-ROSENBERG/LYNCH

VIALLE GROUP, BV,

    Plaintiff,

v.

GREEN WING GROUP, INC., AND
SEAN P. BARRETT,

    Defendants.
_____/



FILED by ___ D.C.

AUG 1 2 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## ORDER SETTING PRE-TRIAL SCHEDULE
## AND
## ORDER REFERRING CASE TO MEDIATION

**THIS CAUSE** comes before this Court following the Scheduling Conference on August 12, 2016, noting that all parties participated. Pursuant to Local Rule 16.1, it is hereby,

**ORDERED AND ADJUDGED** as follows:

1.    TRIAL DATE AND CALENDAR CALL: U.S. District Judge Rosenberg already has set this case for Status Conference on May 10, 2017; Calendar Call on August 16, 2017; and trial on the two-week trial calendar beginning August 21, 2017. The parties shall comply with Judge Rosenberg's trial instructions found in that Order. This includes for the filing requirements of the Joint Pre-Trial Stipulation, instructions and deadlines for submitting trial-related materials such as jury instructions (for jury trials), Proposed Findings of Fact and Conclusions of

Law (for bench trials), Trial Notebook, and the organization and submission of exhibits. Unless it is an emergency situation, a Motion to Continue Trial will not be considered unless it is filed at least twenty (20) days before the trial date.

2. MAGISTRATE TRIAL JURISDICTION: This Court advises the parties of the opportunity to consent to magistrate trial jurisdiction pursuant to 28 U.S.C. § 636(c). Moreover the parties had the opportunity to state their position on consent in the Joint Scheduling Report. Should the parties later decide to consent to magistrate jurisdiction, they shall file the appropriate form, Form AO 085 or AO 085A, found on the Court's website.

3. PRE-TRIAL SCHEDULE: The Pre-Trial Schedule is set as follows:

| | |
|---|---|
| August 26, 2016 | Rule 26(a)(1)(A) Initial Disclosures (if not provided sooner) |
| November 11, 2016 | Add Parties and Amend Pleadings |
| December 16, 2016 | Any Motion to Certify Class Action |
| January 20, 2017 | Fact Discovery for Expert Witness Purposes Ends |

> The parties shall complete all fact discovery needed for expert witness reports by this deadline. If there is fact discovery that is not needed for expert witnesses, the parties in their discretion may conduct it after this deadline.
>
> Regarding all discovery, generally, this Court reminds the parties of the need to act expeditiously, to raise discovery disputes in a timely fashion, and to do so in

sufficient time before these discovery deadlines. The parties shall comply with the Local Rules and Federal Civil Rules regarding the timing of discovery productions and motions practice.

The expert witness deadlines below apply should the parties intend to pursue such discovery in this case.

February 3, 2017     Both Parties to Produce their Primary/ Initial Expert Witness Reports

February 24, 2017    Both Parties to Produce their Rebuttal/ Responsive Expert Witness Reports

March 10, 2017       Time for Expert Witness Discovery Ends

The parties shall plan to complete all expert witness-related tasks by this deadline. This includes expert witness depositions. The parties shall comply with all civil rules and Local Rules that govern the timing and progress of discovery, e.g., Rule 26(a)(2), Fed.R.Civ.P., regarding expert witnesses consistent with this schedule. This Court leaves it up to the parties to coordinate the details and to schedule all expert witness-related tasks within the above time parameters. The parties are free, upon mutual agreement, to adjust the expert witness schedule as scheduling and other practical needs warrant.

**March 24, 2017       Overall Discovery Deadline**

While the foregoing discovery deadlines are flexible enough for the parties to modify upon mutual agreement as circumstances warrant, the parties must bring **ALL** discovery to completion by this deadline in anticipation of the motions deadline.

**April 21, 2017       All Pretrial Dispositive, Daubert Motions, and Motions in Limine**

June 23, 2017        Mediation Completed

This is the latest date by which the parties must complete private mediation. The parties remain free---and are encouraged---to pursue private mediation as early in the pre-trial proceedings as they feel it will be useful and productive.

| | |
|---|---|
| July 31, 2017 | File Joint Pretrial Stipulation; make deposition testimony designations; and exchange Rule 26(a)(3) witness and exhibit lists |
| August 7, 2017 | File objections to deposition testimony designations |
| August 14, 2017 | File Jury Instructions or Proposed Findings of Fact and Conclusions of Law. File pre-labeled exhibit and witness lists |

4. MODIFICATIONS: Given the soon upcoming trial date, the parties shall strictly follow the schedule in order to ensure the timely progression of pre-trial proceedings. <u>This means that parties should undertake pre-trial proceedings in an expeditious manner and strive to begin tasks as far in advance of the respective deadlines as possible.</u> For the time to complete pre-trial tasks not specified above, the parties shall apply the deadlines and time frames found in the Local Rules and Federal Rules of Civil Procedure (in a way consistent with this Court's Scheduling Orders). Should a party or parties seek to modify the pre-trial deadlines or trial date, they shall direct the motion to U.S. District Judge Rosenberg.

5. ORDER REFERRING CASE TO MEDIATION: Pursuant to Local Rule 16.2, this case is referred to mediation as follows:

    a. **Mediation shall be completed by the above stated deadline.** This is the <u>latest</u> date by which mediation shall be completed. The parties are encouraged to pursue mediation as soon as they feel it would be fruitful;

b. **The parties shall, within fourteen (14) days of the date of this Order, agree upon a mediator and file a Notice of such with the Court.** If the parties are unable to agree to the mediator, they shall ask the Clerk of Court to designate a mediator from the list of certified mediators on a blind random basis;

c. Counsel for Plaintiff shall be responsible for coordinating the mediation conference date and location agreeable to the mediator and all counsel of record; and

d. Within seven (7) days of the mediation conference, the mediator shall file a Mediation Report indicating who attended the mediation and the result thereof.

e. The parties shall refer to the District Court's Order Setting Status Conference, Calendar Call, and Trial Date for instructions on how to proceed after settlement.

The parties are advised of the option of having the undersigned U.S. Magistrate Judge conduct a Settlement Conference _after_ they have pursued the above Court-ordered mediation. Should the mediation prove unsuccessful and should the parties thereafter elect to have a Settlement Conference with the undersigned U.S. Magistrate Judge, then the parties shall notify the District Judge of such for the entry of an Order of Reference. Upon the Order of Reference for Settlement Conference, this Court will issue its Standard Order setting forth the protocol for the Settlement Conference and scheduling the date.

6. Failure to comply with any provision of this Order may subject the offending party or counsel to sanctions or

dismissal. It is the duty of all counsel to enforce the timetable set forth herein and to ensure an expeditious resolution of this case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 12 day of August, 2016.

_____
FRANK J. LYNCH, JR.
CHIEF UNITED STATES MAGISTRATE JUDGE

cc:  Brian D. Hancock, Esq.
     W. Trent Steele, Esq.