UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2:16-cv-14207-RLR

VIALLE GROUP, B.V.,

      Plaintiff,

vs.

GREEN WING GROUP, INC. and
SEAN P. BARRETT,

      Defendants.
_____/

## PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES FROM DEFENDANTS

    Plaintiff Vialle Group, B.V., pursuant to Rule 37(a), Fed.R.Civ.P., and L.R. 26.1(g), hereby moves this Court to compel Defendant Green Wing Group, Inc. and Defendant Sean P. Barrett to fully respond to the Plaintiff's First Set of Interrogatories and Requests for Production that were served on the Defendants on September 18, 2016.  In support hereof, Plaintiff states the following:

    1.    Plaintiff's First Set of Interrogatories and Requests for Production, (the "Plaintiff's Discovery Requests"), were electronically served on Defendants Green Wing Group, Inc., ("Green Wing") and Sean P. Barrett, ("Barrett"), on September 18, 2016.  The Plaintiff's Interrogatories and Requests for Production are attached hereto as Plaintiff's Exhibits "A" and "B", respectively.

    2.    After receiving no response of any kind to the Plaintiff's Discovery Requests, pursuant to Rule 37(a)(1), Fed.R.Civ.P., and L.R. 7.1(a)(3), on October 26-28, 2016, undersigned counsel conferred with defense counsel via electronic mail concerning the Defendants' delinquent responses.

    3.    As a result of that correspondence, the parties agreed to extend the deadline for Defendants to respond to the Plaintiff's Discovery Requests to November 10, 2016.

4. On November 17th, Defendant Barrett submitted his untimely objections and responses to the Plaintiff's First Requests for Production along with 180 pages of documents. From a review of Mr. Barrett's untimely responses, he has provided no documents responsive to Request Nos. 22, 24, and 25, but has stated he "shall produce" such documents. To date, he has failed to do so.

5. To date, Defendant Barrett has failed to respond in any fashion whatsoever to the Plaintiff's First Interrogatories.

6. To date, Defendant Green Wing has failed to respond in any fashion whatsoever to the Plaintiff's First Interrogatories and Requests for Production.[1]

7. Pursuant to Rule 37(a), Fed.R.Civ.P., and L.R. 7.1(a)(3), the Plaintiff has made reasonable efforts to confer in writing with the Defendants to obtain the delinquent discovery responses. See attached hereto Exhibit "C".

8. "Any ground not stated in an objection within the time provided by the Federal Rules of Civil Procedure, or any extensions thereof, shall be waived." L.R. 26.1(e)(2)(A). *See also Mann v. Island Resorts Dev., Inc.*, 2009 WL 6409113, at *2 (N.D. Fla. 2009) (citing *Jaffe v. Grant*, 793 F.2d 1182, 1190 n.6 (11th Cir. 1986) ("[A]s a general rule, when a party fails to timely object to interrogatories, production requests, or other discovery efforts, the objections are deemed waived….This is so even though a party had an objection to make.")

9. The discovery cut-off in this case is March 24, 2017, and initial expert reports are due on February 3, 2017. With the holiday season approaching, undersigned counsel fears that any further delay in taking action with the Court will prejudice the ability of the Plaintiff to secure the information from the Defendants necessary to the successful prosecution of its claims.

---

[1] On November 17th, defense counsel served on undersigned counsel identical copies of Defendant Barrett's responses to the requests for production. Both documents were entitled "Defendant Sean P. Barrett's Response to Plaintiff's First Requests for Production." Thus, Defendant Green Wing has never responded in its own name to the Plaintiff's First Requests for Production nor has it produced any documents separate and apart from the documents produced by Defendant Barrett. If Green Wing has no documents responsive to the Plaintiff's requests, it should be made to unambiguously indicate this in a written response to the Plaintiff's Requests.

ACCORDINGLY, the Plaintiff respectfully requests that the Court order Defendant Barrett to fully and completely respond to the Plaintiff's First Interrogatories and Request for Production Nos. 22, 24, and 25. The Plaintiff further respectfully requests that the Court order Defendant Green Wing to fully and completely respond to the Plaintiff's First Interrogatories and Requests for Production. The Plaintiff additionally seeks all such further and additional relief, including attorney fees and costs, as deemed necessary and just.

Undersigned counsel certifies that reasonable efforts have been made, as set forth in Exhibit "C" attached hereto, to obtain the requested discovery without court action but has been unsuccessful.

Respectfully submitted,

/s/ *Brian D. Hancock*
Brian D. Hancock (Fla. Bar No. 107341)
bhancock@twwlawfirm.com
TAYLOR, WARREN & WEIDNER, P.A.
1823 N. 9th Avenue
Pensacola, FL 32503
Telephone: (850) 438-4899
Facsimile: (850) 438-4044
Attorney for Plaintiff Vialle Group, B.V.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing and all attached exhibits were served via the CM/ECF system on November 30, 2016 on all counsel or parties of record on the Service List below.

/s/ *Brian D. Hancock*
Brian D. Hancock (Fla. Bar No. 107341)

Service List:
W. Trent Steele, Esq.
Michael A. Gort, Esq.
STEELE LAW
10995 SE Federal Highway, Suite 9
Hobe Sound, FL 33455
Telephone: (772) 408-6969
Email: e-service@trentsteele.com
Attorneys for Defendants