IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

VIALLE GROUP, B.V.,

      Plaintiff                                     Case No. 2:16-cv-14207-RLR

vs.

GREEN WING GROUP, INC. and
SEAN P. BARRETT,
      Defendants
_____/

## MOTION TO WITHDRAW AS COUNSEL

Comes now Michael A. Gort, pursuant to and in conformity with Local Rule 11.1(d)(3), and does hereby moves this Honorable Court to strike their appearance on behalf of Green Wing Group, Inc., and Sean P. Barrett (Defendants), and in support thereof state as follows:

Defendants have failed to fulfill an obligation to the undersigned counsel regarding his services and have been given a reasonable warning that the undersigned counsel would withdraw unless the obligation was fulfilled.

No prejudice will accrue to any party herein if Michael A. Gort is permitted to withdraw as counsel, as Defendants have been given ample opportunity to resolve and bring current accounts with Michael A. Gort.

All further pleadings, correspondence, etc., should be directed to the following address for defendant:

Sean Barret, Green Wing Group, Inc., 6526 S Kanner Highway, Suite 145, Stuart, FL 34997

WHEREFORE, undersigned counsel respectfully prays this Honorable Court strike their appearances on behalf of Defendants, and for such other and further relief as may be just and proper.

Respectfully Submitted,

*/s/ Michael A. Gort*
Steele Law
10995 SE Federal Highway
Suite 9
Hobe Sound, FL 33455
Tele. 772-408-6969
Primary email: e-service@trentsteele.com
Secondary email: mike@trentsteele.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 19th day of December 2016 on the parties and in the manner set forth below:

Brian D. Hancock, Esq., TAYLOR, WARREN & WEIDNER, P.A., Attorney for Plaintiff 1823 N. 9th Avenue, Pensacola, FL 32503, Email: bhancock@twwlawfirm.com, Via ECF/CMCF.

Sean P. Barrett, Chief Executive Officer, Green Wing Group, Inc., 6526 S Kanner Highway, Suite 145, Stuart FL 34997 sean.barrett@greenwinggroup.com, Via Email and U.S. Mail

Matthew Sgambettera, Esq., The Sgambettera Law Firm, General Counsel to Green Wing Group, Inc., 480 Broadway Suite 316, Saratoga Springs New York 12866 msgambettera@gmail.com, Via Email

*/s/ Michael A. Gort*
Michael A. Gort,
Esq.

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was served by electronic transmission and/or the CM/ECF system this 13 day of December 2016 upon all counsel of record. Additionally, a copy of the foregoing is being sent to Green Wing Group, Inc. and Sean P. Barrett via electronic transmission.

/s/ *Michael A. Gort*
Michael A. Gort
Steele Law
Florida Bar Number 73809
10995 SE Federal Highway
Suite 9
Hobe Sound, FL 3345
Telephone: 772-408-6969
Mike@trentsteele.com