**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 2:16-CV-14207-ROSENBERG/LYNCH**

VIALLE GROUP, B.V.,

      Plaintiff,

v.

GREEN WING GROUP, INC. and
SEAN P. BARRETT,

      Defendants.

_____/

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

**THIS MATTER** is before the Court on Michael A. Gort's Motion to Withdraw as Counsel for Defendants Green Wing Group, Inc. and Sean P. Barrett [DE 57]. The Court has carefully reviewed the Motion and is otherwise fully advised in the premises. It appearing that notice has been given to Defendants, it is hereby

**ORDERED AND ADJUDGED** that the Motion [DE 57] is **GRANTED** as follows:

1. As of the date of this Order, Michael A. Gort and the law firm of Steele Law are permitted to withdraw as counsel of record for Defendants, and are excused from further attendance upon the Court.

2. As a corporation, Defendant Green Wing Group, Inc. must be represented by counsel. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) ("The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear pro se, and must be represented by counsel."). Accordingly, no later than **Monday, January 9, 2017**, Defendant Green Wing Group, Inc. shall retain new counsel, who shall file a Notice of Appearance on behalf of Defendant Green Wing Group, Inc. in this case on or before January 9, 2017.

3. As an individual, Defendant Sean P. Barrett may either represent himself—that is, proceed *pro se*—or retain counsel to represent him. Accordingly, no later than **Monday, January 9, 2017**, Defendant Sean P. Barrett shall either (i) retain new counsel, who shall file a Notice of Appearance on behalf of Defendant Sean P. Barrett in this case on or before January 9, 2017, or (ii) notify the Court in writing of his intent to proceed *pro se*.

4. Until new counsel files a Notice of Appearance on behalf of Defendants, all future pleadings and court papers shall be served on Defendants Green Wing Group, Inc. and Sean P. Barrett at 6526 S. Kanner Highway, Suite 145, Stuart, FL 34997.

5. Michael A. Gort shall immediately serve a copy of this Order on Defendants and file written notice with the Court indicating when service was made.

6. All pretrial deadlines remain in effect.

**DONE AND ORDERED** in Chambers, Fort Pierce, Florida, this <u>19th</u> day of December, 2016.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record

2