UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-14207-CIV-ROSENBERG/LYNCH

VIALLE GROUP, B.V.,

    Plaintiff,

v.

GREEN WING GROUP, INC.
and SEAN P. BARRETT,

    Defendants.
_____/

FILED by _____ D.C.
DEC 2 0 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## ORDER ON PLAINTIFF'S MOTION TO COMPEL DISCOVERY FROM DEFENDANTS [DE 56]

**THIS CAUSE** having come on to be heard upon the aforementioned motion and this Court having reviewed the motion and noting that no response has been filed by the Defendants herein and that the time for filing such a response either through prior counsel who has been permitted to withdraw or by the individual defendants has expired, it is:

**ORDERED AND ADJUDGED** that the motion is **GRANTED** and the Defendants shall provide sworn answers to the First Set of Interrogatories and written responses to the Request for Production to counsel for the Plaintiff on or before January 20, 2017, it is further

**ORDERED AND ADJUDGED** that the Defendants shall jointly and severally pay to counsel for the Plaintiff the sum of $500.00 on or before January 20, 2017 as reasonable attorney's fees for having to bring this motion for Court intervention in the discovery process.

**DONE AND ORDERED** this ____ day of December, 2016, at Fort Pierce, Northern Division of the Southern District of Florida.

_____
FRANK J. LYNCH, JR.
CHIEF UNITED STATES MAGISTRATE JUDGE

Copies furnished:

Brian D. Hancock, Esq.
Taylor, Warren & Weidner, P.A.
1823 North 9th Avenue
Pensacola, FL 32503

Green Wing Group, Inc.
6526 South Kanner Highway
Suite 145
Stuart, FL 34997

Sean P. Barrett
6526 South Kanner Highway
Suite 145
Stuart, FL 34997