## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 16-14207-CIV-ROSENBERG/LYNCH

VIALLE GROUP, B.V.,

      **Plaintiff,**

v.

**GREEN WING GROUP, INC.,**
**and SEAN P. BARRETT,**

      **Defendants.**

_____/



FILED by ___ eal ___ D.C.

FEB 2 4 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

### REPORT AND RECOMMENDATION ON
### PLAINTIFF'S MOTION FOR SANCTIONS [D.E. 61]

**THIS CAUSE** having come on to be heard upon the aforementioned motion and this

Court having reviewed the motion and noting that no response in opposition has been filed

by either of the Defendants and that the time for filing such a response has expired, this

Court recommends to the District Court as follows:

      1.      This Court's previous Order [D.E. 59] granted Plaintiff's Motion to Compel

Discovery.  That Order directed the Defendants to provide sworn answers to the First Set

of Interrogatories as well as written responses to the Request for Production to opposing

counsel on or before January 20, 2017.  The Order also awarded $500.00 attorney's fees

to counsel for the Plaintiff to be paid on or before January 20, 2017.  The present Motion

for Sanctions reflects that this previous Order of the Court has not been complied with by

either Defendant.  The discovery directed by that Order has not been provided and the

attorney's fees have not been paid.   The Defendants have not filed a response in

opposition and have not given any reasons for failing to comply with this Court's previous

Orders.  The Court also notes that in Paperless Order [D.E. 31], Judge Rosenberg also pointed out that the Defendants previously failed to file responsive pleadings and [D.E. 39] also referenced that the Defendants had failed to adhere to guidelines set by Judge Rosenberg's Orders.

2.      Apparently, the Defendants are not taking this litigation seriously.  They are not complying with directions from Judge Rosenberg nor from this Court.  This Court finds that the Defendants have each intentionally failed to comply with this Court's previous Order [D.E. 59] directing discovery.  This Court will not recommend entry of a default judgment at this time since such a sanction is the most severe sanction which could be imposed.  However, this Court will caution the Defendants and their counsel that in the event that any order entered by the District Court in regards to this recommendation is not strictly complied with, that upon due notice, this Court would recommend entry of a default judgment along with fees and costs to be assessed jointly and severally against each Defendant.

3.      The recommended sanctions that this Court finds are appropriate are that the Defendants cannot offer any evidence in support or in opposition of their claims or defenses which have been raised.  Further, each of the Defendants shall provide the previously ordered discovery as directed in [D.E. 59] within ten (10) days of the date of any order entered by the District Court in regards to this Report and Recommendation. Further, this Court is awarding an additional sum of $500.00 for a total award of attorney's fees of $1,000.0 to be paid jointly and severally by the Defendants to counsel for the Plaintiff within ten (10) days of the date of any order entered by the District Court in regards to this Report and Recommendation.

4.      As stated previously, this Court would also recommend that failure to comply with this Court Order may result in entry of a default judgment against each Defendant together with award of fees and costs.

**ACCORDINGLY**, this Court recommends to the District Court that the Motion for Sanctions [D.E. 61] be **GRANTED** and that the sanctions be imposed in accordance with this Court's specific findings set forth herein above.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Robin L. Rosenberg, the United States District Judge assigned to this case.   Failure to file timely objections shall bar the parties from a de novo determination by the District Court of the issues covered in this Report and Recommendation and bar the parties from attacking on appeal the factual findings contained herein.   LoConte v. Dugger, 847 F.2d 745, 749-50 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988).

**DONE AND SUBMITTED** this _24th_ day of February, 2017, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
CHIEF UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. Robin L. Rosenberg
Brian D. Hancock, Esq.
W. Trent Steele, Esq.
Michael A. Gort, Esq.