UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:16-CV-14207-ROSENBERG/LYNCH

VIALLE GROUP, B.V.,

    Plaintiff,

v.

GREEN WING GROUP, INC.
and SEAN P. BARRET,

    Defendants.

                                                  /

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS MATTER** is before the Court on the Report and Recommendation [DE 62] on Plaintiff's Motion for Sanctions [DE 61] issued by the Honorable Frank J. Lynch, Jr. on February 24, 2017.[1] The Court has conducted a *de novo* review of Magistrate Judge Lynch's Report and Recommendation, has reviewed Defendants' Objections thereto [DE 63] and Plaintiff's Response to Defendants' Objections [DE 64], has reviewed the entire record, and is otherwise fully advised in the premises.

Upon review, the Court finds Magistrate Judge Lynch's recommendations to be well reasoned and correct. The Court agrees with the analysis in Magistrate Judge Lynch's Report and Recommendation and concludes that Plaintiff's Motion for Sanctions should be granted for the reasons set forth therein.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

    **1.** Magistrate Judge Lynch's Report and Recommendation [DE 62] is **ADOPTED**.

---

[1] While the Report and Recommendation is dated February 24, 2017, it was not docketed and served on the parties until February 27, 2017. *See* DE 62. Accordingly, the Court deems Defendants' Objections [DE 63] filed March 11, 2017 as timely filed.

2. Plaintiff's Motion for Sanctions [DE 61] is **GRANTED** to the extent that (1) Defendants cannot offer any evidence in opposition to Plaintiff's claims or in support of Defendants' defenses or counterclaims, (2) each of the Defendants shall provide the previously ordered discovery as directed at docket entry 59 within ten (10) days of the date of this Order, and (3) Plaintiff is awarded attorney's fees in the amount of $1,000.00 to be paid jointly and severally by the Defendants to counsel for the Plaintiff within ten (10) days of the date of this Order.

3. Failure to comply with this Order may result in entry of default judgment against each Defendant together with an award of fees and costs.

**DONE AND ORDERED** in Chambers, Fort Pierce, Florida, this 15th day of March, 2017.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record