UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2:16-cv-14207-RLR

VIALLE GROUP, B.V.,

      Plaintiff,

vs.

GREEN WING GROUP, INC. and
SEAN P. BARRETT,

      Defendants.
_____/

## STIPULATED MOTION FOR CONSENT DECLARATORY JUDGMENT

COME NOW the Plaintiff Vialle Group, B.V., ("Plaintiff"), by and through its undersigned counsel, and Defendants Green Wing Group, Inc. and Sean P. Barrett (collectively, the "Defendants") (Plaintiff and the Defendants collectively are referred to herein as the "Parties"), by and through their undersigned counsel, and move this Honorable Court for the entry of a consent declaratory judgment consistent with the terms set forth herein. In support of this Motion, the Parties state as follows:

1. The Parties have engaged in good faith negotiations in an effort to resolve this actual and substantial case or controversy between them as set forth in the pleadings to this Action.

2. The Parties have adverse legal interests of sufficient immediacy and reality to warrant the issuance of a declaratory judgment pursuant to 28 U.S.C. §§ 2201 and 2202.

3. The Parties have reached an agreement regarding resolution of Plaintiff's claims against the Defendants, which includes a consent declaratory judgment and the entry of a permanent injunction.[1]

4. The Parties agree that the nature and scope of the consent declaratory judgment, as sought in Count V of the Plaintiff's Complaint, (Dkt. No. 1), should be as follows: *That the Defendants have no legal right, title, license, or interest in the Plaintiff's trademarks, patents, products, or assets, of any kind, and that there is no association or relationship, exclusive or otherwise, between Plaintiff, its affiliated entities, successors, subsidiaries, assigns, parent companies, agents, servants, directors, officers, and employees and the Defendants and their respective members, agents, servants, employees, independent contractors, officers, directors, attorneys, partners, subsidiaries, affiliated entities, successors, alter egos and assigns, or any transferee or successor of the businesses or any assets of any of the foregoing, or any privately held entity now or in the future owned in whole or in part by the Defendants, or controlled by any of them and those acting by, for, on behalf of, or in active concert with any of the Defendants.*

WHEREFORE, the Parties respectfully move this Honorable Court to enter an Order granting this Stipulated Motion for Consent Declaratory Judgment consistent with the terms set forth herein.

---

[1] The Parties' Stipulated Motion for Permanent Injunction will be submitted to the Court by separate filing.

/s/ *Brian D. Hancock*
Brian D. Hancock (Fla. Bar No. 107341)
bhancock@twwlawfirm.com
TAYLOR, WARREN & WEIDNER, P.A.
1823 N. 9th Avenue
Pensacola, FL 32503
Telephone: (850) 438-4899
Facsimile: (850) 438-4044
Attorney for Plaintiff Vialle Group, B.V.

/s/ *Michael A. Gort (w/ permission)*
Michael A. Gort (Fla. Bar No. 73809)
STEELE LAW
10995 SE Federal Highway, Suite 9
Hobe Sound, FL 33455
Telephone: (772) 408-6969
Email: e-service@trentsteele.com
Attorneys for Defendants Green Wing Group, Inc.
and Sean P. Barrett