UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2:16-CV-14207-ROSENBERG/LYNCH

VIALLE GROUP, B.V.,

    Plaintiff,

v.

GREEN WING GROUP, INC. and
SEAN P. BARRETT,

    Defendants.
_____/

## ORDER GRANTING STIPULATED MOTION FOR CONSENT DECLARATORY JUDGMENT

**THIS CAUSE** came before the Court upon the Stipulated Motion for Consent Declaratory Judgment [DE 66] filed by Plaintiff VIALLE GROUP, B.V., ("VIALLE"), and Defendants GREEN WING GROUP, INC., a Florida corporation ("GREEN WING"), and SEAN P. BARRETT, individually ("BARRETT") (collectively referred to herein as the "Parties"). The Court has carefully reviewed the Motion, notes that the Motion is stipulated, and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Parties' Stipulated Motion for Consent Declaratory Judgment [DE 66] is **GRANTED** as follows:

    1.    The Parties have adverse legal interests of sufficient immediacy and reality to warrant the issuance of a declaratory judgment pursuant to 28 U.S.C. §§ 2201 and 2202.

    2.    GREEN WING and BARRETT and their respective members, agents, servants, employees, independent contractors, officers, directors, attorneys, partners, subsidiaries, affiliated entities, successors, alter egos and assigns, or any transferee or successor of the businesses or any assets of any of the foregoing, or any privately held entity now or in the future

owned in whole or in part by GREEN WING or BARRETT, or controlled by any of them and those acting by, for, on behalf of, or in active concert with GREEN WING or BARRETT, shall have no legal right, title, license, or interest in Vialle's trademarks, patents, products, or assets, of any kind, and that there is no association or relationship, exclusive or otherwise, between Vialle, its affiliated entities, successors, subsidiaries, assigns, parent companies, agents, servants, directors, officers, and employees and GREEN WING and BARRETT and their respective members, agents, servants, employees, independent contractors, officers, directors, attorneys, partners, subsidiaries, affiliated entities, successors, alter egos and assigns, or any transferee or successor of the businesses or any assets of any of the foregoing, or any privately held entity now or in the future owned in whole or in part by GREEN WING and BARRETT, or controlled by any of them and those acting by, for, on behalf of, or in active concert with GREEN WING and BARRETT.

It is further **ORDERED AND ADJUDGED** that this Consent Declaratory Judgment binds the Parties immediately.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 31st day of March, 2017.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record